Sylvester E. HARDING, III, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 2011–3091.

United States Court of Appeals,
Federal Circuit.

Sept. 1, 2011.

Before LOURIE, Circuit Judge.

## ON MOTION

## ORDER

Sylvester E. Harding, III moves for a stay and default judgment. The Department of Veterans Affairs moves for leave to file its brief out of time. Harding opposes.

Harding has not shown entitlement to the relief requested.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Harding's motion is denied.

(2) The motion for leave to file a brief out of time is granted.